M. P. No. 512. BIAGIO L. LONGO v. BOARD OF ELECTIONS, *et al.*
Certiorari denied. *Stephen J. Brunero,* for petitioner. *Stephen
F. Achille,* for Board of Elections; *Charles G. Edwards,* Asst.
Attorney General, for Secretary of State; *Louis A. Petrarca, Jr.,*
for Raymond Petrarca.

September 13, 1968.

M. P. No. 365. SANDRA M. KELLY v. DONALD EDWARD KELLY.
Motion to dismiss petition for certiorari denied. *Kirshenbaum &
Kirshenbaum,* for plaintiff-appellee. *Leonard A. Kamaras,* for
defendant-appellant.

M. P. No. 484. ROBERT N. COATES v. JOSEPH DEVINE, *Super-
intendent.* Habeas corpus denied. *Allen M. Kirshenbaum,* for
petitioner. *Herbert F. DeSimone,* Attorney General, for re-
spondent.

M. P. No. 490. IN RE STEPHEN D. COHEN. Petition brought
by Stephen D. Cohen, an attorney, to obtain permission to prac-
tice law under the name of Stephen Daniel Brenner, to conform
with name as changed by decree of the Probate Court of the City
of Providence in this state, dated July 25, 1968. Ordered that
petition be granted; that petitioner henceforth be permitted to
practice law solely under the name of Stephen Daniel Brenner;
and that the pertinent records of Supreme Court be amended
to show such change in petitioner's name. *John Cappello,* for
petitioner.

M. P. No. 504. PLANTATIONS BANK OF RHODE ISLAND v. HAR-
OLD C. ARCARO. Certiorari denied. *Aisenberg, Decof & Dworkin,
Leonard Decof,* for petitioner. *Samuel J. Kolodney, Abraham
Belilove,* for respondent.

M. P. No. 506. ATTILIO L. GIZZARELLI v. AUGUST P. LA
FRANCE, *Secretary of State,* GAETANO LANZI, JOHN FERREIRA,
FRANCIS DEAN, *Members of Board of Canvassers,* Providence.
Motion to dismiss petition for certiorari granted. *Anthony J.
Bucci,* for plaintiff-appellee. *Herbert F. DeSimone,* Attorney